404

T. E. CARPENTER and Edward P. Johnson, Appellants, v. SWINERTON–Mc-CLURE–VINNELL, a Joint Venture, et al., Appellees.

No. 10839.

Circuit Court of Appeals, Ninth Circuit.

May 18, 1945.

Henry T. Moore, of Los Angeles, Cal., for appellants.

Charles H. Carr, U. S. Atty. and Ronald Walker, Asst. U. S. Atty., both of Los Angeles, Cal., for appellees.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the transcript of record, briefs filed by respective parties, and oral arguments, it is ordered that the judgment of the said District Court in this cause be affirmed in all respects except as to the last three months of Edward P. Johnson's employment, and as to said last three months' employment the said judgment be reversed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue as proved in Rule 28.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Henry S. McKEE, Respondent.

SAME v. Ethel Hay McKEE, Respondent.

Nos. 10979, 10980.

Circuit Court of Appeals, Ninth Circuit.

June 27, 1945.

Samuel O. Clark, Jr., Asst. Atty. Gen., for petitioner.

Dana Latham, of Los Angeles, Cal., for respondents.

Before GARRECHT, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties for dismissal of the petition to review in each of above causes, and by direction of the Court, it is ordered that the petition for review in each of above causes be dismissed, that a judgment be filed in each cause and recorded in the minutes of this Court and that the mandate of this Court in each cause issue forthwith.

Harry IKEN, Appellant, v. UNITED STATES of America.

No. 13114.

Circuit Court of Appeals, Eighth Circuit.

June 25, 1945.

Henry G. Morris, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution without costs to either party in this Court, on motion of appellee.